**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANIEL FRISCHBERG<br>and<br>MICHELLE PEREZ<br>                    Plaintiffs,<br>          vs.<br>GLOBAL SERVICE GROUP, LLC<br>and<br>JOHN DOE,<br>                    Defendants. | CIVIL ACTION<br><br>NO. 1:17-cv-04449-NLH-KMW |

**NOTICE OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance as counsel for Plaintiffs, Daniel Frischberg and Michelle Perez, in the above-captioned matter.

DATED:  October 20, 2017                              */s/  Jody Thomas López-Jacobs*
                                                            JODY THOMAS LÓPEZ-JACOBS
                                                             Attorney for Plaintiffs

                                                             **FLITTER MILZ, P.C.**
                                                             525 Route 73 South, Suite 200
                                                             Marlton, NJ 08053-9644
                                                             (856) 396-0600