# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL FRISCHBERG and MICHELLE PEREZ<br><br>　　　　　　　　Plaintiffs,<br>vs.<br>GLOBAL SERVICE GROUP, LLC and JOHN DOE,<br><br>　　　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 1:17-cv-04449-NLH-KMW<br><br>**NOTICE OF MOTION FOR ENTRY OF JUDGMENT BY DEFAULT** |

TO:　Global Service Group, LLC
　　　c/o Incorp Services, Inc. Agent
　　　901 S 2nd Street, Suite 201
　　　Springfield, IL 62704

**PLEASE TAKE NOTICE** that on January 2, 2018 at 9am in the forenoon or thereafter, Plaintiffs, through their counsel, shall move before the Honorable Noel L. Hillman, Judge of the United States District Court for the District of New Jersey, located in the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for an Order granting Plaintiff's Motion for Entry of Judgment by Default pursuant to Fed. R. Civ. P. 55(b), and for such other and further relief as the Court may deem just and proper;

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Plaintiff has filed a Brief in Support of the Motion for Entry of Judgment, Certifications in Support, and a proposed form of Order.

Date: 11/30/17

/s/ *Andrew M. Milz* .
ANDREW M. MILZ
CARY L. FLITTER
JODY THOMAS LÓPEZ-JACOBS
Attorney for Plaintiffs

**FLITTER MILZ, P.C.**
525 Rt. 73 South, Suite 200
Marlton, NJ 08053-9644

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL FRISCHBERG and<br>MICHELLE PEREZ<br>　　　　　　　　Plaintiffs,<br>　　　vs.<br>GLOBAL SERVICE GROUP, LLC and<br>JOHN DOE,<br>　　　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 1:17-cv-04449-NLH-KMW<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, ANDREW M. MILZ, do hereby certify that I did mail a copy of the foregoing, via first class mail, to the following:

Global Service Group, LLC<br>
c/o Incorp. Services, Inc., Agent<br>
901 S. 2nd Street, Suite 201<br>
Springfield, IL 62704

Date: 11/30/17　　　　　　　　　　　　　　　　／s/ *Andrew M. Milz* .
　　　　　　　　　　　　　　　　　　　　　　　ANDREW M. MILZ
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs