IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL FRISCHBERG and MICHELLE PEREZ<br>　　　　　　　　　Plaintiffs,<br>　　vs.<br>GLOBAL SERVICE GROUP, LLC and JOHN DOE,<br>　　　　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 1:17-cv-04449-NLH-KMW<br><br>**ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT BY DEFAULT** |

**THIS MATTER** having been brought before the Court by Plaintiffs, through their counsel, by way of a Motion for Entry of Judgment by Default, and it appearing that Defendant was duly served with process on June 23, 2017 by personal service pursuant to Fed. R. Civ. P. 4; that no answer or other appearance has been filed in the time allotted and that due notice has been provided to Defendant; and the clerk has entered default on November 3, 2017; it is

**ON THIS** _____ day of _____, 201\_\_, hereby **ORDERED** that Plaintiffs' Motion for Entry of Judgment by Default is hereby **GRANTED**; and it is **FURTHER ORDERED** that:

1. **JUDGMENT** is entered against Defendant Global Service Group, LLC, and in favor of Plaintiff Daniel Frischberg for $22,500;

2. **JUDGMENT** is entered against Defendant Global Service Group, LLC, and in favor of Plaintiff Michelle Perez in the amount of $22,500; and

3. Plaintiffs are awarded statutory attorney fees in the amount of $8,091.00 and costs in the amount of $453.91. *See* 15 U.S.C. §1692k.

_____<br>U.S.D.J.
